IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:17-CR-19-D-2
No. 2:20-CV-55-D

| | |
|---|---|
| MICHAEL LEVERETTE, ) | |
| ) | |
| Petitioner, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This matter is before the Court on the parties' joint motion to set a briefing schedule on Petitioner's motion pursuant to 28 U.S.C. § 2255 seeking vacatur of his conviction under 18 U.S.C. § 922(g) based on *Rehaif v. United States*, 139 S. Ct. 2191 (2019). For the reasons set forth in the parties' joint motion, the motion is GRANTED. It is hereby ORDERED that:

(a) The stay previously imposed, [D.E. 147], is hereby lifted;

(b) Counsel for Petitioner shall make every effort to file any withdrawal of Petitioner's *Rehaif*-based Section 2255 petitioner no later than October 6, 2021;

(c) Respondent's motion to dismiss and supporting memorandum shall be due by November 6, 2021, unless Petitioner's motion is withdrawn before then;

(d) Petitioner's response, if any, shall be due within twenty-one (21) days of the filing of Respondent's motion to dismiss;

(e) Respondent's reply, if any, shall be due within fourteen (14) days after Petitioner's response.

SO ORDERED, this 13 day of August, 2021.

JAMES C. DEVER III
United States District Judge