IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:17-CR-19-D

UNITED STATES OF AMERICA, )
)
v. ) **ORDER**
)
MICHAEL LEVERETTE, )
)
           Defendant. )

The United States SHALL respond to defendant's pending motions [D.E. 161, 166, 180] not later than November 26, 2025. The United States' response SHALL explain why it ignored this court's order of January 14, 2025 [D.E. 181].

SO ORDERED. This 27 day of October, 2025.

JAMES C. DEVER III
United States District Judge