IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:17-CR-19-D-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| MICHAEL LEVERETTE, ) | |
| ) | |
| Defendant. ) | |

The court GRANTS defendant's motion to amend [D.E. 180]. For the reasons stated in the United States' response in opposition [D.E. 201], the court DENIES defendant's motions for compassionate release [D.E. 161, 166, 180].

SO ORDERED. This _3_ day of December, 2025.

JAMES C. DEVER III
United States District Judge