IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:17-CR-19-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL LEVERETTE, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL file a response to defendant's motion for a reduction of sentence [D.E. 207] not later than December 8, 2026.

SO ORDERED. This 26 day of October, 2026.

J. Dever

JAMES C. DEVER III
United States District Judge